Glenn R. Kantor - SBN: 122643
gkantor@kantorlaw.net
Brent Dorian Brehm - SBN: 248983
bbrehm@kantorlaw.net
**KANTOR & KANTOR, LLP**
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
DOUGLAS WILEY

**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561.8440
Facsimile: 415.561.8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WILEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No.: 3:13-cv-03673 MMC<br><br>**STIPULATION TO CONTINUE HEARING AND BRIEFING DATES ON DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER THE MATTER TO THE CENTRAL DISTRICT OF CALIFORNIA; [PROPOSED] ORDER**<br><br>Date:　　　December 6, 2013<br>Time:　　　9:00 a.m.<br>Location:　Courtroom 7, 19th Floor |

　　　The parties, by and through their respective attorneys, hereby submit the following Stipulation to the Court:

1

1. Whereas, Defendant filed a Motion To Dismiss Or In The Alternative Transfer The Matter To The Central District Of California on September 24, 2013.

2. Whereas, the hearing on said motion is presently set for December 6, 2013;

3. Whereas, Plaintiff's opposition to Defendant's Motion is due October 8, 2013;

4. Whereas, Brent Dorian Brehm, one of Plaintiff's attorneys in this matter, has a Ninth Circuit argument on the October 9, 2013;

5. Whereas, Defendant's reply is due on October 15, 2013;

6. Whereas, the parties have agreed to mediate this matter on November 8, 2013 with Mariam Zadeh of First Mediation Corp., and are desirous of mediating this case efficiently and without taxing the resources of the Court;

Now, therefore, the parties request that the briefing and hearing on Defendant's Motion to Dismiss Or In The Alternative Transfer The Matter To The Central District Of California be continued until following the mediation on November 8, 2013, with Plaintiff's opposition moved to November 15, 2013, Defendant's reply moved to November 22, 2013, and the hearing moved to January 10, 2014.

DATED: October 8, 2013          KANTOR & KANTOR, LLP


                                By:  /s/ Glenn R. Kantor
                                     GLENN R. KANTOR
                                     BRENT DORIAN BREHM
                                     Attorneys for Plaintiff DOUGLAS WILEY


DATED:  October 8, 2013         RIMAC MARTIN, P.C.


                                By:  /s/ Anna M. Martin
                                     ANNA M. MARTIN
                                     Attorneys for Defendant
                                     UNUM LIFE INSURANCE COMPANY OF
                                     AMERICA

2

STIPULATION TO CONTINUE HEARING AND BRIEFING DATES ON DEFENDANT'S
MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER THE MATTER TO THE
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 3:13-cv-03673 MMC

## ORDER

Pursuant to the stipulation of the parties, the hearing on Defendant's Motion to Dismiss Or In The Alternative Transfer The Matter To The Central District Of California be continued to January 10, 2014, with Plaintiff's Opposition to said Motion due November 15, 2013 and Defendant's reply due November 22, 2013.

Dated: October 9, 2013

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO CONTINUE HEARING AND BRIEFING DATES ON DEFENDANT'S
MOTION TO DISMISS OR IN THE ALTERNATIVE TRANSFER THE MATTER TO THE
CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 3:13-cv-03673 MMC