**RIMAC MARTIN, P.C.**
Anna M. Martin – SBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**KANTOR & KANTOR LLP**
Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.com
Brent Dorian Brehm (SBN 248983)
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
DOUGLAS WILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WILEY, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendants. | CASE NO. 3:13-cv-03673 MMC <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE;** [PROPOSED] **ORDER** |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. . 3:13-cv-03673 MMC

1   IT IS HEREBY STIPULATED by and between the Plaintiff, DOUGLAS WILEY and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

|  |  |
|---|---|
|  | **RIMAC MARTIN, P.C.** |
| DATED: December 9, 2013 | By: /s/ Anna M. Martin |
|  | ANNA M. MARTIN |
|  | Attorneys for Defendants |
|  | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| DATED: December 9, 2013 | **KANTOR & KANTOR LLP** |
|  | By: /s/ Glenn R. Kantor |
|  | GLENN R. KANTOR |
|  | Attorneys for Plaintiff |
|  | DOUGLAS WILEY |

**SO ORDERED.**

Dated: December 10, 2013

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE