**RIMAC MARTIN, P.C.**
Anna M. Martin – SBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**KANTOR & KANTOR LLP**
Glenn R. Kantor (SBN 122643)
gkantor@kantorlaw.com
Brent Dorian Brehm (SBN 248983)
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
DOUGLAS WILEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WILEY, | CASE NO. 3:13-cv-03673 MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. . 3:13-cv-03673 MMC

IT IS HEREBY STIPULATED by and between the Plaintiff, DOUGLAS WILEY and

Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their

counsel of record herein, that the captioned action may be, and hereby is, dismissed with

prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**


                                        **RIMAC MARTIN, P.C.**

DATED:  December 9, 2013                By:  _/s/ Anna M. Martin_
                                        ANNA M. MARTIN
                                        Attorneys for Defendants
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA

DATED:  December 9, 2013                **KANTOR & KANTOR LLP**

                                        By:    _/s/ Glenn R. Kantor_
                                        GLENN R. KANTOR
                                        Attorneys for Plaintiff
                                        DOUGLAS WILEY


**SO ORDERED**.


Dated:    December 10, 2013

                                        MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No.  .  3:13-cv-03673 MMC